IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-60256
_____

PETER CLAYTON McCLENDON

Plaintiff-Appellant

versus

CITY OF COLUMBIA; ET AL

Defendants

CITY OF COLUMBIA; JAMES R. CARNEY

Defendants-Appellees

- - - - -
Appeal from the United States District Court for the
Southern District of Mississippi
- - - - -

ON PETITION FOR REHEARING EN BANC

(Opinion July 26, 2001, 5 Cir., 2001, _____F.3d____)

(March 13, 2002)

BEFORE:  KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
         SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
         BENAVIDES, STEWART, PARKER, DENNIS and CLEMENT, Circuit
         Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.